IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WAYNE JOHNSON,

    Petitioner,                      No. CIV S-05-1002 GEB GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        A joint scheduling statement in this matter was filed on July 9, 2005, pursuant to the court's order filed June 17, 2005. After reviewing the joint statement, the court issues the following ORDERS:

        1. Petitioner shall notify the court and respondent by no later than October 17, 2005, whether or not he intends to proceed on the existing petition, which the parties appear to agree contains an exhausted claim only, and, if he does intend to stand on the existing petition and intends to proceed on it, he must file his supplemental memorandum of points and authorities within thirty days after informing the court as to his intention; thereafter, respondent must file a response, whether in the form of a motion or an answer, within thirty days, after which, if respondent files a motion, petitioner has thirty days to file an opposition and respondent another thirty days to file a reply. If respondent files an answer, petitioner has thirty days to file a reply.

2. Should petitioner choose to amend the petition to include any additional exhausted claims on which he elects to proceed, he must file an amended petition by October 17, 2005; he must also inform the court whether or not he intends to proceed on such an amended petition at that time; if he intends to proceed on an amended petition of exhausted claims only, he must file his supporting memorandum of points and authorities within thirty days of filing the amended petition; respondent must file a response, in the form of either a motion or an answer within thirty days thereafter, after which petitioner must file any reply within thirty days of filing of an answer or file an opposition within thirty days of filing of a motion.  If respondent files a motion, he must file any reply within thirty days of petitioner's filing an opposition.

3. Should petitioner elect to pursue any unexhausted claim, identified as an ineffective assistance of counsel claim for failure to establish trial witness perjury, or any other unexhausted claim, petitioner must identify all claims exhausted and unexhausted by October 17, 2005, must file an amended petition of exhausted claims only if there are additional exhausted claims or rest on the original petition.  Petitioner must also file any motion for stay and abeyance, on October 17, 2005, showing good cause for failure to exhaust additional claims, <u>Rhines v. Weber</u>, ___ U.S. ___, 125 S. Ct. 1528, 1535 (2005).  If a stay is granted, petitioner must immediately pursue state court exhaustion and, upon said exhaustion, immediately file an amended petition containing all claims newly and previously exhausted, after which any stay will be lifted and this matter will proceed;

4. Petitioner must determine whether he believes discovery and investigations are necessary, and if so, must move for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), and, if he seeks it, for leave to be allowed the services of an investigator within thirty days;

\\\\\

\\\\\

\\\\\

5. If petitioner chooses to move for an evidentiary hearing, he must do so at the earliest appropriate opportunity.

DATED: 8/11/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
john1002.pst