IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WAYNE JOHNSON,

    Petitioner,                     No. CIV S-05-1002 GEB GGH P

    vs.

DAVID L. RUNNELS,

    Respondent.                   ORDER

                                    /

        Petitioner, proceeding with appointed counsel, has filed a petition pursuant to 28 U.S.C. §2254. On November 17, 2005, petitioner through his counsel elected to stand on the existing petition and submitted a supplemental memorandum of points and authorities. Pursuant to the orders filed on August 12, 2005 and October 25, 2005, respondent's response is now due.

        Petitioner's June 13, 2005 motion to stay this action, filed when petitioner was proceeding pro se, is dismissed as moot.

        IT IS SO ORDERED.

DATED: 12/21/05                            /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
john1002.dsm