IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WAYNE JOHNSON,

    Petitioner,                    No. CIV S-05-1002 GEB GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.               ORDER TO SHOW CAUSE

/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 17, 2005, petitioner notified the court that he will stand on the existing petition. Thereafter, the court on December 22, 2005, stated that the petition was now due pursuant to previous orders. See Orders, filed on August 12, 2005 and December 22, 2005.

    Good cause appearing, IT IS HEREBY ORDERED that respondent show cause, within twenty days, why an answer has not been filed.

DATED: 2/1/06

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/035
john1002.osc