IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WAYNE JOHNSON,

    Petitioner,               No. CIV S-05-1002 GEB GGH P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding with appointed counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed on February 2, 2006, respondent was ordered to show cause within 20 days for a failure to respond to the petition, counsel for petitioner having notified the court on November 17, 2005, that petitioner would stand on the existing petition.

        The court now vacates its February 2, 2006 show cause order because it appears that this order was not served on respondent and that, in addition, respondent has not been served with court orders filed on June 17, 2005,[1] July 5, 2005, August 12, 2005,[2] October 25, 2005 and

---

[1] It appears that Jo Graves of the Attorney General's office received e-mail notice of the filing of the petition pursuant to the June 17, 2006 order. See Docket Entry # 7.

[2] Although Deputy Attorney General J. Robert Jibson signed the July 9, 2005 joint scheduling statement, his name was not added to the court's service list.

December 22, 2005.

ACCORDINGLY, IT IS ORDERED that:

1. The Clerk of the Court is directed to add Jo Graves, Senior Assistant Attorney General, and Deputy Attorney General J. Robert Jibson to the service list;

2. The Clerk of the Court is directed to serve upon respondent the orders dated June 17, 2005, July 5, 2005, August 12, 2005, October 25, 2005 and December 22, 2005;

3. The February 2, 2005 show cause order is vacated; and

4. Respondent must file his response to the petition, whether in the form of a motion or an answer, within thirty days; thereafter, petitioner has thirty days to file an opposition or a reply (traverse), as appropriate; respondent has thirty days to file a reply to an opposition, if a motion was filed.

DATED: 3/15/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
john1002.vac