**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
*(916) 498-5700  Fax: (916) 498-5710*

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

August 21, 2008

**FILED**

AUG 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

Mr. Alister McAlister
Attorney at Law
13055 Orange Road
Wilton, CA 95693-9665

Re:   **Johnson v. Warden**
      **Civ.S-05-1002-GEB/GGH**

Dear Mr. McAlister:

This will confirm your appointment as counsel by the Honorable Garland E. Burrell, U.S. District Judge, to represent the above-named client. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
Operations Administrator

:clc
Enclosures

cc:   Clerk's Office
      Ninth Circuit Court of Appeals

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Johnson, Jerry Wayne | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>CIV.S-05-1002 GEB/GGH | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Johnson v. Warden | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>X Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant  X Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CA |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Appeal from the denial of habeas corpus

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS
Alister McAlister
13055 Orange Road
Wilton, CA 95693-9665

Telephone Number: (916) 687-7280

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
X O  Appointing Counsel           ☐ C  Co-Counsel
☐ F  Subs For Federal Defender    ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney      ☐ Y  Standby Counsel

Prior Attorney's
Appointment Dates:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

*Signature of Presiding Judge or By Order of the Court*

Date of Order: 6/23/2008    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
|  | b. Bail and Detention Hearings | | | | | |
|  | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
|  | e. Sentencing Hearings | | | | | |
|  | f. Revocation Hearings | | | | | |
|  | g. Appeals Court | | | | | |
|  | h. Other (Specify on additional sheets) | | | | | |
|  | (RATE PER HOUR = $ 100.00)  TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
|  | b. Obtaining and reviewing records | | | | | |
| Out of Court | c. Legal research and brief writing | | | | | |
|  | d. Travel time | | | | | |
|  | e. Investigative and other work (Specify on additional sheets) | | | | | |
|  | (RATE PER HOUR = $ 100.00)  TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
|  | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM:                          TO: | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number ____    ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?  ☐ YES  ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY WAYNE JOHNSON,

    Petitioner,               2:05-cv-1002-GEB-GGH-P

vs.

DAVID L. RUNNELS, Warden,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner represented by counsel, has timely filed a notice of appeal of this court's June 20, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

2  Petitioner has made a substantial showing of the denial of a constitutional right in
3  the following issue presented in the instant petition: whether petitioner was denied his right to
4  self-representation when the trial judge denied his request as a "delaying tactic" one court day
5  before the then scheduled date of his trial.[2]

6  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7  issued in the present action.

8  Dated: July 28, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

[2] Counsel lists as separate grounds in his request for a COA a number of subclaims or supporting theories to the denial of the Faretta motion, which this court finds is the single, overarching claim for which a COA should issue.

2